# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

BRANDON RUDD,                                        1:07-cv-01073-LJO-DLB (HC)

                    Petitioner,

                                                     **ORDER AUTHORIZING**
v.                                                   **IN FORMA PAUPERIS STATUS**

DENNIS SMITH, et al.,

                    Respondent.
_____/

        Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus

pursuant to 28 U.S.C. § 2241.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to

proceed *in forma pauperis*.


        IT IS SO ORDERED.

        **Dated:    August 16, 2007                      /s/ Dennis L. Beck**
                                                     UNITED STATES MAGISTRATE JUDGE